UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNITED STATES INTERAGENCY COUNCIL ON HOMELESSNESS, et al.,<br><br>        Defendants. | Case No:  C 14-0353 SBA<br><br>**ORDER OF RECUSAL** |

    Due to a conflict of interest, I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section E.2 of the Assignment Plan of this Court.  All pending dates of motion, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    IT IS SO ORDERED.

Dated: February 7, 2014

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge