**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FRANKLIN H. WRIGHT,

        Plaintiff,

  v.

U.S. COUNCIL ON HOMELESSNESS, et al.,

        Defendants
_____/

No. C 14-0353 RS

**ORDER RE PURPORTED REMOVAL OF STATE COURT ACTION AND DENIAL OF REQUEST FOR LEAVE TO AMEND**

In most circumstances, filings by parties that do not comply with procedural or substantive requirements will not be acted on by the Court until the issue has become ripe, either when a response has been filed or a hearing date is imminent, or for some other reason.  In this instance, however, plaintiff has submitted a document that could give rise to jurisdictional uncertainty, in the absence of an expedited ruling.  Plaintiff has filed what purports to be, in part, a notice of removal of San Francisco Superior Court Case No. CGC-13-536085, an action he apparently initiated against Stanford University.  Although removal divests the state court of jurisdiction even where it is ultimately determined that a case must be remanded, here plaintiff has neither complied with the procedural requisites for removal nor shown even a colorable claim that removal would be proper. Plaintiffs in state court actions have no right of removal in any circumstances.  Additionally,

plaintiff's prior attempt to bring an independent action against Stanford in this forum, asserting what appear to be the same basic claims, has already been dismissed for lack of jurisdiction, apart from restrictions on removal. See Case No. 13-4457 EMC. Accordingly, the purported notice of removal is hereby deemed to be of no legal effect, and the San Francisco Superior Court retains jurisdiction of its Case No. CGC-13-536085.

Plaintiff's request for leave to file an amended complaint is denied, without prejudice. Any motion for leave to amend must be made in compliance with the Civil Local Rules, and should include a copy of the proposed pleading.

IT IS SO ORDERED.

Dated: 7/1/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE