United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>   Plaintiff,<br><br>   v.<br><br>POPS MCGOVERN, et al.,<br><br>   Defendants. | Case No. 3:14-cv-05525-SI<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

   Pursuant to Northern District of California Local Rule 3-12(c), the undersigned refers this case to Judge Seeborg with a request that Judge Seeborg consider whether this case is related to *Franklin H. Wright v. United States Interagency Council on Homelessness, et al.,* No. C 14-0353 RS.

   **IT IS SO ORDERED**.

Dated:   December 29, 2014

_____
SUSAN ILLSTON
United States District Judge